STATE OF MICHIGAN
IN THE UNITED STATES DISTRICT COURT

Tiffany Lindsay,

     Plaintiff,                                        Case No. 23-10324

v                                                               Hon.:  Mark A. Goldsmith

City of Detroit, et al.,

     Defendant(s).

_____/

## ORDER TO DISMISS CAUSE

This matter coming before the Court upon stipulation of the undersigned counsel for entry of an order dismissing this action, the Court being advised in the premises,

**IT IS HEREBY ORDERED:**

1. This action is dismissed with prejudice and without costs and without attorney fees to any party.

2. This order resolves the last pending claims and closes the case.

Dated:  June 12, 2024                           s/Mark A. Goldsmith
       Detroit, Michigan                       MARK A. GOLDSMITH
                                                  United States District Judge

The undersigned stipulate to entry of the above order:

| /s/Christopher Olson w/permission | /s/ Crystal Olmstead |
|---|---|
| Attorney for Plaintiff | Crystal Olmstead69202 |
| Olson PLLC | AttornDey for Defendant City |
| 32121 Woodward Avenue | City of Detroit Law Dept. |
| Suite 300 | 2 Woodward Avenue #500 |
| Royal Oak, MI 48073 | Detroit, MI  48226 |
|  | olmsteadc@detroitmi.gov |